IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIM. NO. 19-CR-000269-CG |
| | ) |
| LLOYD JOHNS, JR. | ) |

**FINAL ORDER OF FORFEITURE**

This cause now comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following property:

**One Taurus, PT111 Millennium G2, 9mm, pistol, serial number TJO20681; and,**

**One SCCY Industries, CPX-1, 9mm, pistol, serial number 192893.**

The Court hereby finds that the motion is due to be **GRANTED**, for the reasons set forth therein and as set out below:

On May 18, 2020, the United States filed a motion for preliminary order of forfeiture for the two firearms. (Doc. 30, PageID.78-81) In that motion, the United States established the defendant's interest in the property and the nexus between the property and the defendant's conviction for Count One of the Indictment. On May 18, 2020, pursuant to 18 U.S.C. § 924(d)(1), Title 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(2), the Court entered a preliminary order of forfeiture for the two firearms. (Doc. 31, PageID.85-88)

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the forfeiture, and

of its intent to dispose of the two firearms, on the official government website, [www.forfeiture.gov](www.forfeiture.gov), beginning on May 28, 2020, and ending on June 26, 2020. (Doc. 34, PageID.105-109)  The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Gina S. Vann, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication.   No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the two firearms became final as to the defendant, Lloyd Johns, Jr., at the time of sentencing and was made a part of the sentence and included in the judgment.  (Doc. 40, PageID.133-138)

Thus, the United States has met all statutory requirements for the forfeiture of the firearms, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**.  Under 18 U.S.C.  § 924(d)(1), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the two firearms are **CONDEMNED, FORFEITED and VESTED** in the United States for

disposition according to law; and,

**IT IS FURTHER ORDERED** that the Bureau of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency take the two firearms into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21U.S.C. § 853(n)(7), the United States of America has clear title to the two firearms and may warrant good title to any subsequent purchaser or transferee; and,

**IT IS FURTHER ORDERED** that the Bureau of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency is hereby authorized to dispose of the two firearms in accordance with the law; and,

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this 24th day of August 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE